### 7765. McCONNELL *v.* DOLPH.

BLOODWORTH, J. This case was submitted to the judge without the intervention of a jury; the evidence, as shown by the agreed statement of facts, authorized the judgment, and no error was committed in overruling the motion for new trial.

*Judgment affirmed. Broyles, P. J., and Jenkins, J., concur.*

DECIDED APRIL 3, 1917. REHEARING DENIED MAY 3, 1917.

Complaint; from city court of Floyd county—Judge Nunnally. July 25, 1916.

*Denny & Wright,* for plaintiff in error. *Harris & Harris,* contra.